UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Thomas Elbert VanHoose, Sr., | ) C/A No. 4:13-1573-RBH-KDW | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Patricia Singleton Parr; | ) | |
| Jennefer Floyd; | ) | |
| Gay Allen Cook, and | ) | |
| Michael Bell, | ) | |
| | ) | |
| Defendants. | ) | |

This is a civil action filed by a local prisoner proceeding *in forma pauperis*. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to district court). Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By Order dated August 19, 2013, Plaintiff was given a specific time frame in which to bring this case into proper form. ECF No. 11. Plaintiff has complied with the court's Order, and this case is now in proper form.

**TO THE CLERK OF COURT**:

This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. §1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall ***not*** issue the summonses or forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

*/s/ Kaymani D. West*

September 9, 2013                              Kaymani D. West
Florence, South Carolina                   United States Magistrate Judge